# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEVIN T. HARRISON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:12CV1787 SNLJ |
| ) | |
| IAN WALLACE, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's submission of a petition for writ of habeas corpus and motion for leave to proceed in forma pauperis. Petitioner did not sign either of the documents. Under Rule 11 of the Federal Rules of Civil Procedure, the Court must strike an unsigned pleading from the docket unless the party promptly signs the document and returns it to the Court. As a result, the Court will order the Clerk to return both documents to petitioner so that he may sign them.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return to petitioner his petition for writ of habeas corpus and motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that petitioner must sign both documents and return them to the Court within twenty-one (21) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Memorandum and Order, the Court will dismiss this action without further proceedings.

Dated this  9th  day of October, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE